John Dooley, Appellant, *v.* Irving Krellenstein, Respondent.

Per Curiam. The verdict, in our opinion, was not against the weight of the evidence, but was in conformity therewith. The order appealed from, however, should be affirmed, with costs, upon the ground that the amount of the verdict was excessive. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.; O'Malley, J., dissents and votes to reverse and reinstate the verdict. Order affirmed, with costs and disbursements.